

State of Texas
County of Harris
County Auditor's Form 153
Harris County, TX (rev. 07/11)

**Stan Stanart, County Clerk**

County Civil Courts (713) 755-6421

**Fee Officer's Official Receipt**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 24 2015

CHRISTOPHER A. PRINE

CLERK _____

**Receipt #:** 1058966
**Receipt Date:** 7/1/2015

**Fees Assessed By:** SZAMORA
**Cashier:** JBARRERA

ALEKSANDER BORISOV
10909 FONDREN RD 5501

HOUSTON TX 77096

**Party Name: BORISOV, ALEKSANDER**

ALEKSANDER BORISOV VS. CLERK OF SMALL CLAIM COURT

**Case Number: 1041858**

**Court Number: Four (4)**

| Fee Description | Amount | Notes |
|---|---|---|
| County Clerk-Transcript Fee | $91.00 | |
| Sub Total : | $91.00 | |
| Total : | $91.00 | |

| Tender Type | Tender SubType | Check #/CC Auth # | Tender Amount |
|---|---|---|---|
| Credit Card | VISA | 3605-925974 | $91.00 |

**Total Paid: $91.00**

**Over Payment: $0.00**

**Change Due: $ 0.00**

**Remarks :**

**Print Date :** 7/1/2015 1:27:05 PM

FILE COPY

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



## Court of Appeals
## First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

July 21, 2015

Aleksander Borisov
10909 Fondren Rd Apt 5501
Houston, TX 77096
* DELIVERED VIA E-MAIL *

Patrick Nagorski
1019 Congress, 15th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:    **Court of Appeals Number:** 01-15-00522-CV    **Trial Court Case Number:**
       1041858

**Style:** Aleksander Borisov v. Clerk of Small Claim Court

Dear Appellant:

The reporter's record was due to be filed July 6, 2015. From information currently available, the court reporter has not filed the reporter's record because (1) you failed to request a reporter's record or (2) you have not paid for the record or made arrangements to pay the reporter's fee to prepare it. *See* TEX. R. APP. P. 37.3(c). My records also indicate that you are *not* entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.

This is **NOTICE** that the Court may require you to file your brief and can consider and decide your appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). The final deadline to submit written evidence from the court reporter that you have paid or made arrangements to pay the reporter's fee for preparing the reporter's record is 5:00 p.m., **August 20, 2015.**

If you believe you are exempt from paying the reporter's fee, please file a written detailed explanation by the due date. *See* TEX. R. APP. P. 20.1 (establishing indigence). A written response is required, even if you have previously claimed you are exempt from paying the reporter's fee.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

FILE COPY

cc:    Judge County CV Court @ Law #4 (DELIVERED VIA E-MAIL)
       Court Reporter County Court At Law Civil No.4 (DELIVERED VIA E-MAIL)

Mr. Alexander L. Borisov
10909 Fondren Rd. Apt. 5501
Houston, TX 77096-5543

NORTH HOUSTON TX 77
23 JUL 2015 PM 1 L

7700220639

**Christopher A. Prine**
Clerk of the Court of Appeals First District
301 Fannin Street  Houston,Texas 77002-2066

RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 24 2015

CHRISTOPHER A. PRINE
CLERK